IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 6:09-CR-03100-DGK |
| WILLIAM BAKER, | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION TO AMEND CONDITIONS**

On April 14, 2011, the Court sentenced Defendant to 480 months imprisonment for sexual exploitation of children. The victim in this case was a minor child, CF. Although the victim and her mother asked that they be allowed to maintain contact with the Defendant, condition number four of the Court's Additional Conditions of Supervised Release prohibits Defendant from having any contact with them.

Pending before the Court is Defendant William Baker's motion to amend the conditions of his supervised release so that he may have contact with the victim and her mother (doc. 54). The Court finds that additional contact with the victim or her mother would not be in the victim's long-term interest.

The motion is DENIED.

**IT IS SO ORDERED.**

Date:  May 12, 2011          /s/ Greg Kays
                             GREG KAYS, JUDGE
                             UNITED STATES DISTRICT COURT